SEYFARTH SHAW LLP
Joseph A. Escarez (SBN 266644)
jescarez@seyfarth.com
D. Joshua Salinas (SBN 282065)
jsalinas@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
7-ELEVEN, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA Y. SOUSA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>7-Eleven, Inc.,<br><br>Defendant. | Case No. 3:19-cv-02142-JLS-RBB<br><br>[Assigned to the Honorable Janis L. Sammartino]<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS AND STRIKE PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, TO STAY ACTION**<br><br>Date: March 5, 2020<br>Time: 1:30 p.m.<br>Judge: Hon. Janis L. Sammartino<br>Courtroom: 4D, 4th Floor<br><br>Date Action Filed: Nov. 6, 2019 |

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 5, 2020, at 1:30 p.m., or as soon thereafter as counsel may be heard in Courtroom 4D, of the above-entitled Court, located at 221 West Broadway, San Diego, California 92101, Defendant 7-Eleven, Inc. ("7-Eleven"), will move and hereby does move, pursuant Federal Rules of Civil Procedure 12(b)(2) and 12(b)(f) for an Order (1) dismissing Plaintiff Karla Y. Sousa's ("Plaintiff") nationwide class allegations in the Complaint, (2) striking Plaintiff's nationwide class allegations in the Complaint, (3) or staying this action pending the Ninth Circuit's ruling in *Moser v. Health Ins. Innovations, Inc.*, Ninth Cir. Case No. 19-56224.

Plaintiff's nationwide class allegations can and should be dismissed or stricken pursuant to Federal Rules of Civil Procedure 12(b)(2) and/or 12(f).  Due process requires that 7-Eleven be subject to the forum court's personal jurisdiction with respect to the claims of <u>all</u> putative class members.  *See Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco Cty.*, 137 S. Ct. 1773, 1777 (2017).  In this case, however, general jurisdiction over 7-Eleven does not exist in California because 7-Eleven is not incorporated or based in California.  Moreover, specific jurisdiction over 7-Eleven does not exist with respect to TCPA claims Plaintiff purports to bring on behalf of putative class members who, unlike Plaintiff, are not California residents and did not receive text messages from 7-Eleven in California.

Additionally, this Court should also strike Plaintiff's nationwide class allegations under Rule 12(f) because they are overly broad and improperly pleaded.  Plaintiff's proposed class definition includes (1) individuals who consented to receiving text messages and (2) both marketing and non-marketing text messages.  Such an overbroad and imprecise class definition, which includes class members who have no claim under the TCPA, is not ascertainable and, therefore, is facially uncertifiable. Thus, this Court should strike them pursuant to Federal Rule of Civil Procedure 12(f).

Alternatively, this Court can and should stay this action pending the Ninth Circuit's ruling in *Moser v. Health Ins. Innovations, Inc.*, Ninth Cir. Case No. 19-56224.

This Court has "broad discretion to stay proceedings as an incident to its power to control its own docket," i.e., to grant a "*Landis* stay." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) *(citing Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Ninth Circuit is currently considering, among other things, an issue that is critical to the present Motion—whether *Bristol-Myers* applies to putative class actions in federal court.

      This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, the accompanying Request for Judicial Notice, the accompanying Declarations of Lauren Freede and D. Joshua Salinas, the pleadings, records and papers on file in this action, and upon such other and further oral and written information as may be presented at or before the hearing on this Motion.

DATED:  January 17, 2020        SEYFARTH SHAW LLP


By   *s/ D. Joshua Salinas*
      Joseph A. Escarez
      D. Joshua Salinas
Attorneys for Defendant 7-ELEVEN, INC.
E-mail:  jescarez@seyfarth.com
E-mail:  jsalinas@seyfarth.com