UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA Y. SOUSA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>V.<br><br>7- ELEVEN, INC.,<br><br>Defendant. | Case No.:  19cv2142-JLS(BLM)<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**[ECF NO. 20]** |

On December 4, 2020, Defendant filed an *Ex Parte* Application to Continue the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") currently scheduled for December 14, 2020.  ECF No. 20.  Defendant seeks to continue the ENE and CMC to January 5, 7, or 13, 2021, at 1:30 p.m.  Id. at 2.  In support, Defendant states that its

representative with full settlement authority, the in-house counsel managing this case, is unavailable on December 14, 2020 and the following two weeks due to a previously scheduled medical procedure.

Id.; see also ECF No. 20-2, Declaration of D. Joshua Salinas in Support of Defendant's *Ex Parte* Motion ("Salinas Decl.") at ¶ 2.  Defendant notes that Plaintiff's counsel does not oppose this request.  Id.; see also Salinas Decl. at ¶ 3.

Good cause appearing, Defendant's motion is **GRANTED** as follows:

1. The December 14, 2020 ENE and CMC are hereby **CONTINUED** to **January 7, 2021** at **1:30 p.m.**

2.	No later than **December 28, 2020**, counsel for each party shall send an e-mail to the Court with the names and contact information of the ENE and CMC participants [see ECF No. 18 at 4].

3.	On or before **December 28, 2020**, the parties shall submit via email (**efile_major@casd.uscourts.gov**), confidential statements no more than ten (10) pages[1] in length directly to the chambers of the Honorable Barbara L. Major.

4.	The parties must file a Joint Discovery Plan on the CM/ECF system no later than **December 28, 2020**.

5.	The parties must exchange initial disclosures pursuant to Rule 26(a)(1)(A-D) no later than **December 31, 2020**.

All other guidelines and requirements remain as previously set.  ECF No. 18.

**IT IS SO ORDERED**.

Dated:  12/4/2020

Hon. Barbara L. Major
United States Magistrate Judge

---

[1]	The parties shall not append attachments or exhibits to the ENE statement.