UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA Y. SOUSA, on behalf of herself and all others similarly situated,<br><br>                                         Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC.,<br><br>                                         Defendant. | Case No.: 19-CV-2142 JLS (RBB)<br><br>**ORDER GRANTING JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>(ECF No. 27) |

   Presently before the Court is the Parties' Stipulation to File First Amended Complaint (ECF No. 27). Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court **GRANTS** the Joint Stipulation. Plaintiff will file the amended complaint in accordance with Civil Local Rule 15.1.

   **IT IS SO ORDERED.**

Dated: March 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge