1

2                           UNITED STATES DISTRICT COURT

3                          SOUTHERN DISTRICT OF CALIFORNIA

4

5   KARLA Y. SOUSA, on behalf of herself and all         Case No.:  19cv2142-JLS(BLM)
    others similarly situated, et. al.,
6                                                         **ORDER GRANTING JOINT MOTION TO
                                          Plaintiffs,     AMEND SCHEDULING ORDER AND
7                                                         CONTINUE DISCOVERY DISPUTE
    V.                                                    RESOLUTION DATE**
8
    7- ELEVEN, INC.,
9                                                         **[ECF NO. 33]**

                                          Defendant.
10

11

12        On January 7, 2021, the Court held a videoconference Early Neutral Evaluation

13   Conference ("ENE") and Case Management Conference ("CMC") in the above-entitled action.

14   ECF No. 22.  That same day, the Court issued a Scheduling Order Regulating Discovery and

15   Other Pre-Trial Proceedings.  ECF No. 23.  The Court ordered that any motion for class

16   certification be filed on or before August 13, 2021.  Id. at 2.

17        On January 18, 2021, Plaintiffs served their First Set of Discovery.  ECF No. 33 at 2.

18   Defendant responded on March 11, 2021.  Id.  The parties met and conferred on March 12,

19   2021.  Id.  Pursuant to Judge Major's Chambers Rules, Plaintiffs' deadline to file a motion to

20   compel discovery related to their First Set of Discovery is April 10, 2021.  Id. at 2-3.

21        On March 8, 2021, Plaintiff filed a First Amended Complaint adding three named Plaintiffs

22   and their corresponding subclass allegations.  ECF Nos. 29, 33.

23        On March 22, 2021, Defendant filed a Motion to Compel Arbitration and Dismiss or Stay

24   Action that is set to be heard on July 22, 2021.  ECF Nos. 30, 32.

25        On April 7, 2021, the parties filed a Joint Motion to Amend Scheduling Order and Continue

26   Discovery Dispute Resolution Date.  ECF No. 33.  The parties seek an order vacating the current

27   deadlines for Plaintiffs to file a motion to compel discovery related to their First Set of Discovery

28

19CV2142-JLS(BLM)

1  and a motion for class certification. <u>Id.</u> at 4.   The parties also request that the Court schedule

2  a CMC after District Judge Sammartino rules on the pending Motion to Compel Arbitration and

3  Dismiss or Stay Action [<u>see</u> ECF No. 30] and reset the vacated deadlines after the CMC. <u>Id.</u> In

4  support, the parties state that Defendant's Motion to Compel Arbitration and Dismiss or Stay

5  Action "may substantively narrow the scope of the newly alleged claims and proposed class

6  definitions in Plaintiff's First Amended Complaint and requests the Court to order the primary

7  case to arbitration and convert the class action to individual actions" which may substantially

8  impact the scope of its discovery responses to Plaintiffs' First Set of Discovery. <u>Id.</u> at 3.

9  Additionally, under the current schedule, "Plaintiffs will not have time to conduct additional class-

10  related discovery and prepare their motion for class certification before the August 13, 2021

11  deadline." <u>Id.</u>  The parties note that they have agreed to exchange limited discovery concerning

12  the pending Motion to Compel Arbitration and to stay all other unrelated discovery until after a

13  ruling on the Motion to Compel Arbitration. <u>Id.</u> at 3-4.

14        Good cause appearing, the parties' motion is **GRANTED** as follows:

15        1.     The August 13, 2021 deadline to file a motion for class certification is **VACATED**.

16  The Parties are **ORDERED** to contact the Chambers of Judge Major within three (3) days of

17  Judge Sammartino issuing a ruling on the pending Motion to Compel Arbitration [ECF No. 30] to

18  schedule a CMC if necessary.

19        2.     Plaintiffs' April 10, 2021 deadline to file a motion to compel related to the meet

20  and confer process for the discovery requests served on January 18, 2021 is **VACATED**. The

21  Court will reset the deadline after there is a ruling on Defendant's pending Motion to Compel

22  Arbitration and Dismiss or Stay Action, if necessary.

23        All other guidelines and requirements remain as previously set.  ECF No. 23.

24        **IT IS SO ORDERED**.

25  Dated:  4/8/2021

26                                             Hon. Barbara L. Major
                                               United States Magistrate Judge
27

28

19CV2142-JLS(BLM)