UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA Y. SOUSA, NANCY E. LEVINE, PATRICK GRANNAN, CHRISTIAN BETANCOURT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>7- ELEVEN, INC.,<br><br>Defendant. | Case No.: 19cv2142-JLS(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE FOR DISCOVERY ISSUES RELATED TO MOTION TO COMPEL ARBITRATION (ECF NO. 30)**<br><br>**[ECF NO. 35]** |

On May 26, 2021, the parties filed a Joint Motion to Continue Deadline for Discovery Issues Related to Motion to Compel Arbitration (ECF No. 30). ECF No. 35. The parties seek to continue Plaintiffs' June 2, 2021 deadline to file a motion to compel related to the discovery they served on Defendant on March 30, 2021 to July 17, 2021. Id. at 2. In support, the parties state that they are currently attempting to "obtain necessary documentation to possibly support a motion for voluntary dismissal by Plaintiffs due to the recent case of *Facebook, Inc. v. Duguid, et al.*, 141 S. Ct. 1163 (April 1, 2021)." Id. In light of Defendant's attempts to obtain the documentation necessary to support a dismissal, it "has not yet provided responses to Plaintiffs' arbitration-related discovery served on March 30, 2021, with responses due on May 2, 2021." Id.

Good cause appearing, the parties' motion is **GRANTED**. The deadline for Plaintiffs to move to compel further discovery responses to the Plaintiffs' discovery served on Defendant on

1 | March 30, 2021 is continued for forty-five days, from June 2, 2021 to **July 17, 2021**.
2 |     **IT IS SO ORDERED**.
3 | Dated: 5/27/2021

*Barbara L. Major*
Hon. Barbara L. Major
United States Magistrate Judge