UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA Y. SOUSA, NANCY E. LEVINE, PATRICK GRANNAN, and CHRISTIAN BETANCOURT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>7-ELEVEN, INC.,<br><br>Defendant. | Case No.: 19-CV-2142 JLS (RBB)<br><br>**ORDER (1) GRANTING JOINT MOTION TO DISMISS; (2) DENYING PENDING MOTION AS MOOT**<br><br>(ECF No. 30, 39) |

Presently before the Court is the Parties' Joint Motion to Dismiss Action Pursuant to Rule 41(a) (ECF No. 39). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the individual claims of named Plaintiffs Karla Y. Sousa, Nancy Levine, Patrick Grannan, and Christian Betancourt. The Court **DISMISSES WITHOUT PREJUDICE** the class claims. Each Party shall bear their own costs and attorneys' fees. In light of the Parties' Joint Motion,

///
///
///

1

the Court **DENIES AS MOOT** Defendant's pending motion to compel arbitration (ECF No. 30). The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: July 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge